UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CATHOLIC DIOCESE OF AUSTIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-216 |
| | § | |
| O'MEARA, FERGUSON, WHELAN AND | § | |
| CONWAY MISSION ADVANCEMENT | § | |
| SERVICES LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that an amicable settlement

has been reached in this action, it is that, pursuant to Fed. R. Civ. P. 41(a), this cause is

hereby **DISMISSED** on the merits without prejudice to the right of counsel to move for

reinstatement of this action on or before **February 19, 2014** if settlement is not consummated.

**FURTHERMORE**, the Court shall retain jurisdiction to enforce the settlement

agreement in its discretion upon an appropriate motion made on or before **February 19, 2014.**

*Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82, 114 S. Ct. 1673, 1677

(1994); *Bell v. Schexnayder*, 36 F.3d 447, 448-50 (5th Cir. 1994).

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this 21 day of September, 2013, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**