## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **CATHOLIC DIOCESE OF AUSTIN** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Civil Action No. 4:13-cv-00216** |
| | § | |
| **O'MEARA, FERGUSON, WHELAN,** | § | |
| **AND CONWAY MISSION** | § | |
| **ADVANCEMENT SERVICES, LLC;** | § | |
| **JOHN WHELAN, FRANK** | § | |
| **FERGUSON AND** | § | |
| **PATRICK O'MEARA** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ON
## <u>PLAINTIFF'S UNOPPOSED MOTION TO DISMISS</u>

On _____, 2014, the Court considered the Plaintiff's Unopposed Motion to Dismiss. After due consideration of the Motion, the response, and the arguments of counsel, this Court is of the opinion that such Motion should be **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause is dismissed with prejudice.

Signed on: _Feb. 17_, 2014.

_____
Judge Vanessa D. Gilmore